IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02615-MSK-MEH

AARON J. DOUGLAS,

    Plaintiff,

v.

CITY OF FORT COLLINS and
CITY OF FORT COLLINS POLICE FORCE,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 23, 2013.**

    This matter comes before the Court *sua sponte*. Upon review of the Complaint initiating this action [docket #1] , the Court observes that Plaintiff has failed to comply with Fed. R. Civ. P. 11(a), D.C. Colo. LCivR 8.1A, and D.C. Colo. LCivR 10.1K. Pursuant to Fed. R. Civ. P. 11(a),

> Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented. The paper must state the signer's address, email address, and telephone number.

Like Rule 11, D.C. Colo. LCivR 10.1K also requires all filed papers to include the name, current mailing address, and telephone number of either the attorney of record or a pro se party, as well as a legible signature. Plaintiff's Complaint contains no such signature, nor any of the information required by the Federal and Local Rules.

    In addition to these procedural deficiencies, Plaintiff's Complaint contains no recitation of legal authority, no identified cause of action, and no request for damages. Plaintiff would have likely avoided theses errors if he had complied with D.C. Colo. LCivR 8.1A, which states, "Any pro se party shall use the forms established by this court to file an action."

    In light of the aforementioned issues, Plaintiff's Complaint [filed October 2, 2013; docket #1] is hereby **stricken**, and the Motion to Dismiss Plaintiff's Complaint from the City of Fort Collins [filed January 25, 2013; docket #9] pertaining thereto is **denied without prejudice as moot**. Pursuant to Fed. R. Civ. P. 15(a)(2), the Court authorizes Plaintiff to file an amended complaint on or before **May 3, 2013**. Plaintiff shall comply with all Federal and Local Rules, and shall file his amended pleading in accordance with D.C. Colo. LCivR 8.1A by using the General Complaint form located on the District Court's website:
 http://www.cod.uscourts.gov/Portals/0/Documents/Forms/CivilForms/General_Complaint.pdf.

2

The City of Fort Collins may renew its motion to dismiss, if appropriate, in accordance with Fed. R. Civ. P. 15(a)(3).