IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02615-MSK-MEH

AARON J. DOUGLAS,

    Plaintiff,

v.

CITY OF FORT COLLINS and
CITY OF FORT COLLINS POLICE FORCE,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 10, 2013.**

    Pending before the Court is a letter from Plaintiff [filed June 4, 2013; docket #21], which the Court construes as a Motion for Documents. In particular, Plaintiff seeks "electronic transmission or hard copy versions of all previous filings he has made to the U.S. District Court, District of Colorado." (Docket #21 at 1.) Plaintiff's Motion is **denied without prejudice** for the following reasons.

    Procedurally, the Court notes that Plaintiff has failed once again to comply fully with Fed. R. Civ. P. 11(a) and D.C. Colo. LCivR 10.1K. Pursuant to Fed. R. Civ. P. 11(a),

> Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented. The paper must state the signer's address, email address, and telephone number.

Like Rule 11, D.C. Colo. LCivR 10.1K also requires all filed papers to include the name, current mailing address, and telephone number of either the attorney of record or a pro se party, as well as a legible signature. Plaintiff's Motion contains his name and signature but lacks all other required contact information.

    Second, Plaintiff has not complied with Fed. R. Civ. P. 5(a)(1)(D) and D.C. Colo. LCivR 5.1G. Rule 5(a)(1)(D) requires that a written motion filed with the Court must be served on every party. Local Rule 5.1G requires, in pertinent part, that "[e]ach paper, other than one filed ex parte, shall be accompanied by a certificate of service indicating the date it was served, the name and address of the person to whom it was sent, and the manner of service." Plaintiff's Motion contains no evidence of service on Defendant.

    Procedural deficiencies aside, Plaintiff has not demonstrated a need for the documents he

2

requests. All documents filed in this action, including Plaintiff's own documents, are available to the public at a small cost. Such costs are common to all litigants who elect to file a lawsuit in federal court. This is particularly true where, as here, the litigant has neither requested nor received permission to proceed *in forma pauperis*.