IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02615-MSK-MEH

AARON J. DOUGLAS,

    Plaintiff,

v.

CITY OF FORT COLLINS,

    Defendant.

---

## FINAL JUDGMENT

---

    PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Marcia S. Krieger on October 9, 2013, incorporated herein by reference, it is

    ORDERED that the Magistrate Judge's Report and Recommendation is ADOPTED. It is

    FURTHER ORDERED that Defendant's Motion to Dismiss is GRANTED. It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, City of Fort Collins, and against Plaintiff, Aaron J. Douglas. It is

    FURTHER ORDERED that each party shall bear its own costs and attorney's fees. It is

    FURTHER ORDERED that plaintiff's Amended Complaint and this civil action are DISMISSED WITH PREJUDICE.

    DATED at Denver, Colorado this  11th  day of October, 2013.

                                      FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                                      By: s/ Edward P. Butler
                                      Edward P. Butler, Deputy Clerk